John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OCEAN FISHERIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTHERN FIBERGLASS &<br>URETHANE FOAM, INC.<br><br>        Defendant. | IN ADMIRALTY<br><br>Case No. |

## **COMPLAINT (46 U.S.C. § 31343)**

COMES NOW the Plaintiff Ocean Fisheries, LLC ("Ocean Fisheries"), by and through its attorneys, Holmes Weddle & Barcott, P.C., and complains against Defendant Northern Fiberglass & Urethane Foam, Inc. ("Northern Fiberglass"), as set forth below.

### **JURISDICTION**

1. Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Fed. R. Civ. P. 9(h).

2. Ocean Fisheries is the owner of the vessel OCEAN HUNTER, Official Number 622324 ("Vessel").

COMPLAINT
*Ocean Fisheries, LLC v. Northern Fiberglass & Urethane Foam, Inc.*
Case No. _____ - Page 1 of 3

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00069-HRH   Document 1   Filed 04/09/14   Page 1 of 3

3. Plaintiff seeks a declaration that the Vessel is not subject to a certain Notice of Claim of Maritime Lien or to the maritime lien asserted therein by Defendant.

4. The Vessel is in the District of Alaska.

5. The lien that is the subject of this action arose in connection with work performed in relation to the Vessel.

6. Ocean Fisheries is Washington limited liability corporation.

## **COUNT I: NO MARITIME LIEN**

7. Northern Fiberglass filed a Notice of Claim of Maritime Lien against the Vessel with the United States Coast Guard on January 6, 1997, at Book 96-111, Page 94, as set forth more fully in the General Index or Abstract of Title attached as **Exhibit A**.

8. The maritime lien amount claimed by Northern Fiberglass against the Vessel is $11,404.00.

9. Northern Fiberglass's claim is without merit.

10. Northern Fiberglass's Notice of Claim of Maritime Lien is a cloud on the title to the Vessel and impairs the use and marketability of the Vessel.

**WHEREFORE,** Ocean Fisheries, LLC prays that the Court declare and award as follows:

1. Declare that the Vessel is not subject to any maritime lien or Notice of Claim of Maritime Lien in favor of Defendant.

2. An award of attorney fees and costs incurred in bringing this action.

COMPLAINT
*Ocean Fisheries, LLC v. Northern Fiberglass & Urethane Foam, Inc.*
Case No. _____ - Page 2 of 3

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00069-HRH   Document 1   Filed 04/09/14   Page 2 of 3

3. Enter such other and further relief as the court deems reasonable and just.

DATED this 8th day of April, 2014.

          HOLMES WEDDLE & BARCOTT, P.C.

          s/ John E. Casperson
          John E. Casperson, ABA #7910076
          999 Third Avenue, Suite 2600
          Seattle, Washington 98104
          Telephone: (206) 292-8008
          Facsimile: (206) 340-0289
          Email: jcasperson@hwb-law.com
          Attorneys for Plaintiff

G:\6077\27849\Pleadings\DRAFTS\Complaint P42504_0214.doc

COMPLAINT
*Ocean Fisheries, LLC v. Northern Fiberglass & Urethane Foam, Inc.*
Case No. _____ - Page 3 of 3

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00069-HRH   Document 1   Filed 04/09/14   Page 3 of 3