| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 7 | Official No. 524908 |
|---|---|---|

ISSUED AS AN ABSTRACT OF TITLE AS OF

DATE: 3/17/2014    TIME: 7:08 AM

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

**COMPLAINT - EXHIBIT A - p.1**
**Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.**
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 1 of 8

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | NOVEMBER 8, 2011 | $1,555.31 | 834078 | 14340717 |
| DATE FILED | | TIME FILED | STATUS | |
| NOVEMBER 08, 2011 | | 8:04 PM | RECORDED | |

CLAIMANT
CITY OF SEWARD
PO BOX 167
SEWARD AK 99664

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED 11/8/2011

**STATUS: ON RECORD**

Court Order dated 09/04/2012 of UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE, Case_No. C12-161RAJ. Vessel free and clear of all liens and encumbrances.

| | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| | BILL OF SALE | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | SEPTEMBER 27, 2012 | $50,000.00 | 4636900 | 5 |
| DATE FILED | | TIME FILED | STATUS | |
| OCTOBER 04, 2012 | | 10:34 AM | RECORDED | |

SELLER
MARK ERICKS US MARSHAL

BUYER
OPUS BANK

CLARIFICATION REMARK
10/31/2012 OPUS BANK SUCCESSOR IN INTEREST TO CASCADE BANK

| | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| | BILL OF SALE | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | OCTOBER 3, 2012 | $1.00 | 4636900 | 7 |
| DATE FILED | | TIME FILED | STATUS | |
| OCTOBER 04, 2012 | | 10:34 AM | RECORDED | |

SELLER
OPUS BANK

BUYER
COLBY R E LLC

| | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| | BILL OF SALE | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | JANUARY 15, 2014 | $51,000.00 | 16848000 | 4 |
| DATE FILED | | TIME FILED | STATUS | |
| JANUARY 15, 2014 | | 5:13 PM | RECORDED | |

SELLER
COLBY R E LLC

BUYER
CARL D SIMS

CORRECTION REMARK
03/21/2014 BUYER PARTY NAME CORRECTED FROM CARD D SIMS

This space intentionally left blank

PREVIOUS EDITION MAY BE USED                                                Page 7 of 8

COMPLAINT - EXHIBIT A - p.2
Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 2 of 8

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 20 | FEBRUARY 2, 2011 | $1.00 | 789773 | 13253789 |
| DATE FILED | | TIME FILED | STATUS | |
| MARCH 08, 2011 | | 6:39 PM | RECORDED | |

**SELLER**
PETER THOMPSON

**BUYER**
F/V OCEAN HARVESTER LLC

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| **YES** | **NOTICE OF CLAIM OF LIEN** | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | APRIL 25, 2011 | $381.04 | 798606 | 13486403 |
| DATE FILED | | TIME FILED | STATUS | |
| APRIL 25, 2011 | | 6:13 PM | RECORDED | |

**CLAIMANT**
LUNDE MARINE ELECTRONICS INC
5415 24TH AVE. NW
SEATTLE WA 98107

PER NOTICE CLAIM OF LIEN, LIEN ESTABLISHED ON 4/25/11

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 20 | MARCH 1, 2011 | $1.00 | 801236 | 13544398 |
| DATE FILED | | TIME FILED | STATUS | |
| MAY 10, 2011 | | 2:36 PM | RECORDED | |

**SELLER**
STEVE JANGAARD

**BUYER**
F/V OCEAN HARVESTER LLC

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 20 | MARCH 23, 2011 | $1.00 | 801236 | 13544397 |
| DATE FILED | | TIME FILED | STATUS | |
| MAY 10, 2011 | | 2:36 PM | RECORDED | |

**SELLER**
MATTHEW SHADLE

**BUYER**
F/V OCEAN HARVESTER LLC

| INSTRUMENT TYPE | | REFERS TO: BATCH: 757965 DOC ID: 12362168 | | |
|---|---|---|---|---|
| **SATISFACTION OF CLAIM OF LIEN** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | JULY 26, 2011 | $8,033.57 | 817245 | 13926635 |
| DATE FILED | | TIME FILED | STATUS | |
| AUGUST 01, 2011 | | 12:25 PM | RECORDED | |

**CLAIMANT**
C-WING SERVICES INC

This space intentionally left blank

PREVIOUS EDITION MAY BE USED
Page 6 of 8

COMPLAINT - EXHIBIT A - p.3
Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 3 of 8

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | DECEMBER 6, 2010 | $6,313.96 | 777157 | 12884712 |
| DATE FILED | TIME FILED | | STATUS | |
| DECEMBER 09, 2010 | 9:00 AM | | RECORDED | |

**CLAIMANT**
LFS INC
851 COHO WAY
BELLINGHAM WA 98225

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON 8/11/2009.

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | FEBRUARY 28, 2011 | $20,000.00 | 789103 | 13239771 |
| DATE FILED | TIME FILED | | STATUS | |
| MARCH 04, 2011 | 9:10 AM | | RECORDED | |

**CLAIMANT**
PAUL JOHNSON
PO BOX 1363
WASILLA AK 99687

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON 10/1/10

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | FEBRUARY 28, 2011 | $10,000.00 | 789103 | 13239774 |
| DATE FILED | TIME FILED | | STATUS | |
| MARCH 04, 2011 | 9:10 AM | | RECORDED | |

**CLAIMANT**
DANE TEBO
100 BOB LANE
VIRGINIA BEACH VA 23454

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON 10/1/10

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | FEBRUARY 28, 2011 | $25,000.00 | 789103 | 13239777 |
| DATE FILED | TIME FILED | | STATUS | |
| MARCH 04, 2011 | 9:10 AM | | RECORDED | |

**CLAIMANT**
REYNALDO SIDRO
11452 UPPER COW CREEK ROAD
AZALEA OR 97410

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON 10/1/10

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | NOTICE OF CLAIM OF LIEN | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | FEBRUARY 28, 2011 | $100,000.00 | 789098 | 13239590 |
| DATE FILED | TIME FILED | | STATUS | |
| MARCH 04, 2011 | 9:10 AM | | RECORDED | |

**CLAIMANT**
SUSAN LEAVENS
117 VERONIQUE PLACE
GRANTS PASS OR 97527

PER NOTICE OF CLAIM OF LIEN, LIEN ESTABLISHED ON 10/1/10

This space intentionally left blank

PREVIOUS EDITION MAY BE USED

Page 5 of 6

COMPLAINT - EXHIBIT A - p.4
Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 4 of 8

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 20 | FEBRUARY 6, 2009 | $1.00 | 681064 | 10170155 |
| **DATE FILED** | **TIME FILED** | | **STATUS** | |
| MARCH 11, 2009 | 11:20 AM | | RECORDED | |

**SELLER**
F/V OCEAN HARVESTER LLC

**BUYER**
GEORGE YODER

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 20 | OCTOBER 21, 2009 | $1.00 | 716242 | 11177018 |
| **DATE FILED** | **TIME FILED** | | **STATUS** | |
| OCTOBER 23, 2009 | 10:37 AM | | RECORDED | |

**SELLER**
F/V OCEAN HARVESTER LLC

**BUYER**
PETER THOMPSON

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 20 | JANUARY 20, 2010 | $1.00 | 729222 | 11556183 |
| **DATE FILED** | **TIME FILED** | | **STATUS** | |
| FEBRUARY 02, 2010 | 10:45 AM | | RECORDED | |

**SELLER**
OCEAN HARVESTER LLC

**BUYER**
STEVE JANGAARD

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 20 | MARCH 4, 2010 | $1.00 | 734062 | 11702182 |
| **DATE FILED** | **TIME FILED** | | **STATUS** | |
| MARCH 10, 2010 | 3:28 PM | | RECORDED | |

**SELLER**
F/V OCEAN HARVESTER LLC

**BUYER**
MATTHEW SHADLE

**DISCHARGED:** YES   **INSTRUMENT TYPE**
**NOTICE OF CLAIM OF LIEN**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | JULY 23, 2010 | $8,033.57 | 757965 | 12362168 |
| **DATE FILED** | **TIME FILED** | | **STATUS** | |
| JULY 26, 2010 | 9:05 AM | | RECORDED | |

**CLAIMANT**
C-WING SERVICES INC
PO BOX 2827
KODIAK AK 99615-2827

PER NOTICE CLAIM OF LEIN, LEIN ESTABLISHED ON 7/23/10

This space intentionally left blank

PREVIOUS EDITION MAY BE USED

Page 4 of 8

**COMPLAINT - EXHIBIT A - p.5**
Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 5 of 8

| INSTRUMENT TYPE | | REFERS TO: BK 97-19 PG 96 | |
|---|---|---|---|
| **SATISFACTION OF MORTGAGE** | | | |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | DECEMBER 20, 2007 | $210,000.00 | 617887 | 8195494 |
| DATE FILED | TIME FILED | | STATUS | |
| DECEMBER 26, 2007 | 10:22 AM | | RECORDED | |

**GRANTOR**
RECOVERY INC

**GRANTEE**
KOKOPELLI FISHERIES LLC

| INSTRUMENT TYPE |
|---|
| **BILL OF SALE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | DECEMBER 20, 2007 | $1.00 | 617887 | 8195493 |
| DATE FILED | TIME FILED | | STATUS | |
| DECEMBER 26, 2007 | 10:22 AM | | RECORDED | |

**SELLER**
KOKOPELLI FISHERIES, LLC

**BUYER**
F/V OCEAN HARVESTER, LLC

| DISCHARGED | INSTRUMENT TYPE |
|---|---|
| YES | **PREFERRED MORTGAGE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | DECEMBER 19, 2007 | $400,000.00 | 617887 | 8195495 |
| DATE FILED | TIME FILED | | STATUS | |
| DECEMBER 26, 2007 | 10:22 AM | | RECORDED | |

**MORTGAGOR**
F/V OCEAN HARVESTER, LLC

**MORTGAGEE**
CASCADE BANK
2828 COLBY AVENUE
EVERETT, WA. 98201

| DISCHARGED | INSTRUMENT TYPE |
|---|---|
| YES | **PREFERRED MORTGAGE** |

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | FEBRUARY 6, 2008 | $100,000.00 | 624254 | 8393731 |
| DATE FILED | TIME FILED | | STATUS | |
| FEBRUARY 12, 2008 | 10:41 AM | | RECORDED | |

**MORTGAGOR**
F/V OCEAN HARVESTER LLC

**MORTGAGEE**
CASCADE BANK
2828 COLBY AVENUE
EVERETT WA 98201

**CORRECTION REMARK**
MORTGAGOR NAME CORRECTED @ NVDC 04/18/08
Party corrected from BILLY R SHIPP JR
BARRY L MCKEE (Mortgagor)

This space intentionally left blank

PREVIOUS EDITION MAY BE USED                                Page 3 of 8

**COMPLAINT - EXHIBIT A - p.6**
Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 6 of 8

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 | | | | OFFICIAL NO. 524908* ~=521908~ | |
|---|---|---|---|---|---|---|
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| BS | 100 | 03 10 97 | | $1.00 | 97-19 | 95 |
| FILED PORT | | DATE | TIME | | DATE TERMINATED | |
| NVDC | | 03 12 97 | 09 51 am | | – – – | |
| GRANTOR | | | | | | |
| RECOVERY, INC. | | | | | | |
| GRANTEE | | | | | | |
| KOKOPELLI FISHERIES, LLC | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| PM | 100 | 03 10 97 | | $210,000.00 | 97-19 | 96 |
| FILED PORT | | DATE | TIME | | DATE TERMINATED | |
| NVDC | | 03 12 97 | 09 51 AM | | – – – | |
| GRANTOR | | | | | | |
| KOKOPELLI FISHERIES, LLC | | | | | | |
| GRANTEE | | | | | | |
| RECOVERY, INC, 23420 94TH PLACE WEST EDMONDS, WA 98026 | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | TIME | | DATE TERMINATED | |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | | BOOK | PAGE |
| FILED PORT | | DATE | TIME | | DATE TERMINATED | |
| GRANTOR | | | | | | |
| GRANTEE | | | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:            TIME:

PAGE:      OF        PORT:                             DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

Page 2 of 8

**COMPLAINT - EXHIBIT A - p.7**
**Ocean Fisheries LLC v Northern Fiberglass & Urethane Foam, Inc.**
Case 3:14-cv-00069-HRH   Document 1-1   Filed 04/09/14   Page 7 of 8

